**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Chrystalle Chante Lee, Brian Matthew Mastison, and
Nicholas Kenny, Defendants,

Of whom Brian Matthew Mastison is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000390

―――――――――――

Appeal From Oconee County
Karen F. Ballenger, Family Court Judge

―――――――――――

Unpublished Opinion No. 2021-UP-326
Submitted September 7, 2021 – Filed September 10, 2021

―――――――――――

**AFFIRMED**

―――――――――――

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail,
Jr., of Greenville, for Appellant.

Nima Fiuzat, of Clemson, as the Guardian ad Litem for
Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Kimberly Welchel Pease, of Seneca, for the Guardian ad Litem for the minor child.

---

**PER CURIAM:**  Brian Matthew Mastison appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Mastison's counsel.

**AFFIRMED.**[1]

**KONDUROS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.